1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JESSE C. SMITH, State Bar #122517
Chief Assistant City Attorney
3 | RONALD P. FLYNN, State Bar #184186
Chief Deputy City Attorney
4 | YVONNE R. MERÉ, State Bar #173594
Chief of Complex and Affirmative Litigation
5 | TARA M. STEELEY, State Bar #231775
SARA J. EISENBERG, State Bar #269303
6 | AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
7 | City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
8 | San Francisco, California 94102-4602
Telephone:    (415) 554-4748
9 | Facsimile:    (415) 554-4715
E-Mail:       brittany.feitelberg@sfcityatty.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>    Defendants. | **STIPULATION AND ORDER ON AMENDMENT OF COMPLAINTS AND DEFENDANTS' RESPONSES TO AMENDED COMPLAINTS**<br><br>Case No. 18-cv-5146-WHO |
| STATE OF CALIFORNIA, ex rel. XAVIER BECERRA, Attorney General of the State of California,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, et al.,<br><br>    Defendants. | Case No. 3:18-cv-05169-WHO |

1  WHEREAS Plaintiffs the CITY AND COUNTY OF SAN FRANCISCO and the STATE OF
2  CALIFORNIA, EX REL. BECERRA ("Plaintiffs") served their Complaints in this action on August
3  24, 2018, and August 27, 2018, respectively;
4  WHEREAS Defendants JEFFERSON B. SESSIONS III, MATT M. DUMMERMUTH, and
5  the UNITED STATES DEPARTMENT OF JUSTICE ("Defendants") are currently required to file
6  responses to plaintiffs' Complaints on October 23, 2018, and October 26, 2018, respectively;
7  WHEREAS this Court's decision in *San Francisco v. Sessions*, Case No. 3:17-CV-04642-
8  WHO, and *California v. Sessions*, Case No. 3:17-cv-04701-WHO, which was entered on October 5,
9  2018, may affect the present actions and Defendants' arguments herein;
10  WHEREAS Plaintiffs are contemplating filing amended complaints in this case to address
11  recent developments and actions by Defendants;
12  NOW THEREFORE, the parties hereby stipulate and agree as follows, and respectfully request
13  that the Court so order: Plaintiffs shall have until November 1, 2018 to file an amended complaint in
14  this action.  Defendants' responses to the complaints shall be due on December 3, 2018.
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Respectfully submitted,

| | |
|---|---|
| Dated:  October 16, 2018 | Dated:  October 16, 2018 |
| JOSEPH H. HUNT<br>Assistant Attorney General | DENNIS J. HERRERA<br>City Attorney |
| By: */s/ W. Scott Simpson*<br>     W. SCOTT SIMPSON (Va. Bar #27487)<br>     Senior Trial Counsel | By:  */s/ Sara J. Eisenberg*<br>     SARA J. EISENBERG<br>     Deputy City Attorney |
| Attorneys for Defendants<br>JEFFERSON B. SESSIONS III, Attorney General of the United States, MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General, UNITED STATES DEPARTMENT OF JUSTICE | Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |
| Department of Justice, Civil Division<br>318 South Sixth Street, Room 244<br>Springfield, Illinois 62701<br>Telephone:    (202) 514-3495<br>Facsimile:    (217) 492-4888<br>Email:  scott.simpson@usdoj.gov | Dated:  October 16, 2018<br><br>XAVIER BECERRA<br>Attorney General of California<br><br>By:  */s/ Lee I. Sherman*<br>     LEE I. SHERMAN (SBN 272271)<br>     Deputy Attorney General<br><br>Attorneys for Plaintiff<br>STATE OF CALIFORNIA, ex rel. XAVIER BECERRA<br><br>300 S. Spring St., Suite 1702<br>Los Angeles, CA 90013<br>Telephone: (213) 269-6404<br>Fax: (213) 897-7605<br>E-mail: Lee.Sherman@doj.ca.gov |

ATTESTATION OF SIGNATURES

I, Sara J. Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

        */s/ Sara J. Eisenberg*
Sara J. Eisenberg
Deputy City Attorney
Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

Based on the written stipulation of the parties and good cause appearing therefor, I find that Plaintiffs shall have until November 1, 2018 to file an amended complaint in this action. Defendants' responses to the complaints shall be due on December 3, 2018.

Defendants need not respond to the original complaints. Defendants' Motion for Enlargement of Time to Respond to Complaints (SF Dkt. No. 17; CA Dkt. No. 14) is denied as moot.

**IT IS SO ORDERED.**

Dated:   October 16, 2018

_____
Hon. William H. Orrick
United States District Judge