JOESPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JOHN R. TYLER
Assistant Branch Director
DANIEL D. MAULER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone:     (202) 616-0773
Facsimile:      (202) 616-8470
E-mail:          dan.mauler@usdoj.gov
COUNSEL FOR DEFENDANTS
WILLIAM P. BARR, Attorney General of the United States; MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WILLIAM P. BARR *et al.*,<br><br>　　　　　　Defendants. | **DEFENDANTS' NOTICE OF APPEAL**<br><br>No. 3:18-cv-05169-WHO |

PLEASE TAKE NOTICE that the Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Judgment and Order dated March 26, 2019 (Docket No. 51), and from all earlier rulings and interlocutory orders on which the Judgment and Order was based or that merged into it, including, but not limited, to the Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendants' Motion for Partial Dismissal

or Partial Summary Judgment, dated March 4, 2019 (Docket No. 47).

                                      Respectfully submitted,

                                      JOSEPH H. HUNT
Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

JOHN R. TYLER
Assistant Branch Director

/s/ Daniel D. Mauler
_____
DANIEL D. MAULER
(Va. Bar No.: 73190)
Trial Attorney
U.S. Department of Justice
Civil Division - Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 202-616-0773
Facsimile: (202) 616-8470
E-mail: dan.mauler@usdoj.gov

COUNSEL FOR DEFENDANTS
WILLIAM P. BARR, Attorney General of the United States; MATT M. DUMMERMUTH, Principal Deputy Assistant Attorney General; and U.S. DEPARTMENT OF JUSTICE

2