FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>　　　　　Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General, in his official capacity as Attorney General of the United States; et al.,<br><br>　　　　　Defendants-Appellants. | No.　19-55314<br><br>D.C. No. 2:18-cv-07347-R-JC<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>　　　　　Defendants-Appellants. | No.　19-15947<br><br>D.C. No. 3:18-cv-05146-WHO<br>Northern District of California,<br>San Francisco |

| STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | No.   19-15950 |
| :--- | :--- |
| Plaintiff-Appellee, | D.C. No. 3:18-cv-05169-WHO Northern District of California, San Francisco |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | |
| Defendants-Appellants. | |

| DENNIS RAYBOULD, | No.   19-35842 |
| :--- | :--- |
| Plaintiff-Appellant, | D.C. No. 6:19-cv-01364-AA District of Oregon, Eugene |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC; et al., | |
| Defendants-Appellees. | |

2

These appeals remained stayed pending further order of this court.  Counsel should contact the undersigned by email (stephen_liacouras@ca9.uscourts.gov) within 10 days after this court's decision in *City & County of San Francisco v. Barr*, Appeal Nos. 18-17308, 18-17311.

FOR THE COURT


By: Stephen Liacouras
Chief Circuit Mediator



sl/mediation

3