FILED

NOV 8 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General, in his official capacity as Attorney General of the United States; et al.,<br><br>   Defendants-Appellants. | No. 19-55314<br><br>D.C. No. 2:18-cv-07347-R-JC<br>Central District of California,<br>Los Angeles<br><br>AMENDED ORDER |
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>   Defendants-Appellants. | No. 19-15947<br><br>D.C. No. 3:18-cv-05146-WHO<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel, XAVIER BECERRA, in his official capacity as Attorney General of the State of California, | No. 19-15950 <br><br> D.C. No. 3:18-cv-05169-WHO <br> Northern District of California, <br> San Francisco |
| Plaintiff-Appellee, | |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | |
| Defendants-Appellants. | |
| STATE OF OREGON; et al., | No. 19-35843 <br><br> D.C. No. 6:18-cv-01959-MC <br> District of Oregon, <br> Eugene |
| Plaintiffs-Appellees, | |
| v. | | 
| DONALD J. TRUMP, President of the United States, in his official capacity; et al., | ORDER |
| Defendants-Appellants. | |

These appeals remained stayed pending further order of this court. Counsel should contact the undersigned by email (stephen_liacouras@ca9.uscourts.gov) within 10 days after this court's decision in *City & County of San Francisco v. Barr*, Appeal Nos. 18-17308, 18-17311.

FOR THE COURT

By: Stephen Liacouras
Chief Circuit Mediator

sl/mediation